IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                No. 04-20077-Ma

JERRA LYKINS, *et al*

    Defendant.

*Filed in Open Court 5-10-05*

## AMENDMENT TO A PROTECTIVE ORDER

Previously a Protective Order was entered as R-34 in this case on June 30, 2004. At this time, said Protective Order is amended to include authorization for the defendant, Jerra Lykins, to view and inspect the discovery materials for this case in accord with the conditions set out in said Protective Order, R-34.

IT IS SO ORDERED this 10th day of May, 2005.

_____
SAMUEL H. MAYS, JR.
United States District Court Judge

Approved for Entry:

_____
T. Clifton Harviel
Attorney for Jerra Lykins

5-10-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20077 was distributed by fax, mail, or direct printing on May 13, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT