IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 23 PM 3: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

v.                              CR. NO. 04-20077-Ma

JERRA LYKINS,

    Defendant.

## ORDER TO SURRENDER

The defendant, Jerra Lykins, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **Federal Correctional Facility, 501 Capital Circle, N.E., Tallahassee, Florida  32301-3572**, no later than **2:00 p.m., Friday, July 29, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this order in the proper space and return it to the Clerk of Court in the enclosed self-addressed envelope, acknowledging that she has received a copy of this Order and that she will report as ordered to the facility named above.

**ENTERED** this the 22d day of June, 2005

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

(04-20077-Ma)

## ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT

I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.

_____
Defendant

_____
Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:04-CR-20077 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT